# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN JAMMALL DEES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-00392-AMM-SGC |
| KENNETH PETERS, Warden, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on February 22, 2022, recommending the denial of the plaintiff's motion for preliminary injunction and the dismissal of this action without prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b) for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief. Docs. 16, 24. Although the Magistrate Judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. §§ 1915(e)(2) and 1915A(b), the plaintiff's motion for preliminary injunction, Doc. 16, is due to be denied, and this action is due to be dismissed without prejudice for failing to state a claim upon

which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief.

A final judgment will be entered.

**DONE** and **ORDERED** this 25th day of March, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE